Acceptance of Responsibility

I am sorry for my poor decisions and for my actions that led to my guilty plea in this case. When I returned from the military, I did not address my mental and emotional health issues. I turned to drugs, and drugs led me to crime. I exercised poor judgment and did things that I deeply regret. My actions cost me my family and my freedom. I wish I could change the past. I am sorry.

I know that this is not the final chapter in my life. I understand I have to pay a price for what I did. I will accept those consequences hoping they will make matters right. I love my family, and I am grateful for their continued support. I can and will be a good father, son and brother, and I know I will not repeat the mistakes that brought me here.

- Anthony Neubauer
  9-10-25