TO THE HONORABLE JUDGE ELIZABETH WOLFORD

YOUR HONOR,

MY NAME IS ANTHONY C. NEUBAUER. I WANT TO START WITH EARLY IN MY TEENAGE YEARS, BETWEEN 12 OR 13 YEARS OLD.

I ALWAYS SAW MYSELF JOINING A TEAM ONE DAY. ONE THAT WOULD MAKE MY MOM JANE + DAD KEVIN PROUD. I FOCUSED ON FOOTBALL + BASEBALL ON THE PRIOR YEARS. I ALSO STRIVED IN BEING WELL LIKED AND TO KEEP OTHERS AROUND ME SMILING AND HAPPY. JULY 4TH 1999, MY HAPPINESS WAS STRIPPED FROM ME, WHEN MY FATHER KEVIN PASSED AWAY. HE PASSED AWAY AFTER MAJOR ORGAN FAILURE. I TRIED REVIVING HIM, BUT WAS UNSUCCESSFUL. I DEALT WITH ALL OF THIS, WHILE WAITING FOR MY MOM TO RETURN FROM THE HOSPITAL. I WAS GREETED WITH HER EARLY IN THE A.M WITH THE WORDS "YOU FAILED, KEVIN DIDN'T MAKE IT." I WAS DESTROYED!

FOR MANY YEARS AFTER I DEALT WITH AN ABSENT ALCOHOLIC MOTHER. NOT ABSENT ALL THE TIME, BUT A SIGNIFICATE AMOUNT. I STARTED DRINKING ON A REGULAR MAYBE 3-5 DAYS A WEEK. WITH LITTLE TO NO GUIDANCE A HOUSE TO MYSELF FOR DAYS AT A TIME, I WOULD THROW PARTIES TO ENSURE MY FRIENDS WERE SAFE, AND NO ADULT SUPERVISION MADE IT EASY.

MATT RUDY CAME INTO MY LIFE AS MY "BIG BROTHER. HE'D TAKE ME EVERYWHERE, INCLUDING HUNTING,

SPOTTING, FISHING AND PARTYING WITH PEOPLE ALMOST A DECADE OLDER. THROUGH HIM I STARTED ACTING OUT AND DOING POOR IN SCHOOL.

WITH ALL THIS, I HAD TO CHANGE! I JOINED THE CIVIL AIR PATROL AUXILLARY AND STARTED SEARCHING FOR A TEAM TO JOIN AGAIN. I WAS TOLD BY MY GUIDANCE COUNSALOR + PRINCIPLE I'D NEVER AMOUNT TO ANYTHING! SOME GUIDANCE HUH? I CHOSE TO JOIN THE US MARINE CORPS. I FOUND MY TEAM AND SERVED WITH HONOR + DISCIPLINE. I SERVED IN AL ASAD, TQ DAM, RAMADI + FALLUJAH OVER 3 DEPLOYMENTS BACK TO BACK, BETWEEN 2005 + 2008. I DECIDED TO GET OUT AS I WAS STARTING A LIFE WITH ERICA WEBSTER. WITHIN 3 MONTHS WE FOUND OUT SHE WAS PREGNANT AND BOTH OF US WITHOUT WORK. I THEN MARRIED ERICA + JOINED THE ARMY IN EARLY 2009. BY OCTOBER I WAS ON MY 4TH DEPLOYMENT TO TIKRIT IRAQ. OCTOBER 10TH 2009 I BECAME A DAD AND BECAUSE I DIDN'T HAVE FLIGHT STATUS I MISSED MY FIRST CHILDS BIRTH. I WAS SO UPSET, I REENLISTED TO GET AWAY FROM THAT UNIT TO GET CLOSER TO HOME. I WENT TO FORT DRUM NY, HAVING SECOND CHILD APRIL 9TH 2011. BEING CLOSE TO HOME GAVE US ACCESS TO TRAVELING TO + FROM HOME ALMOST EVERY OTHER WEEK. ERICA WAS ALWAYS DEPRESSED BEING AWAY FROM HER FAMILY AND SHE TOOK HER PAIN OUT ON ME THE MOST.

~~APRIL~~ FEBRUARY OF 2014 I WAS MEDICALLY RETIRED AND MADE THE MOVE HOME. MATT RUDY KNEW I WAS DEPRESSED HAVING TO LEAVE THE MILITARY AND HE TOOK FULL ADVANTAGE OF

ME BEING HOME AGAIN. HE UTILIZED ME AS HIS MUSCLE, AND INTRODUCED ME TO COCAINE AND HIS DRUG BUSINESS. HE INTRODUCED ME TO A NEW TEAM AND I WAS IN CHARGE OF THE SAFETY OF HIM AND GREG BARBER. LONG HOURS + THE LIFESTYLE KEPT ME FROM HOME, MORE IMPORTANTLY MY FAMILY.

IN 2016 I KNEW THINGS WEREN'T GOOD, WHEN I RAN FOR MY LIFE. MATT DIDN'T TELL ME I MESSED UP, BUT I KNEW THINGS WERE BAD. IT WOULD BE THE LAST TIME I EVER TALKED TO MATT RUDY. I WENT TO JONES HILL HOSPITAL WITH PTSD WITH FLASHBACKS.

I REALLY TRIED USING COCAINE AS A SOURCE OF SUICIDE. THIS IS THE FIRST TIME I'VE ADMITTED THIS. I ABUSED COCAINE UNTIL REHAB IN 2016 OR 2017 AND REALLY TRIED HARD WITH SOBRIETY. MY WIFE WOULD CONSTANTLY BRING IT UP. WE SPLIT WAYS IN 2016 BUT MAINTAINED A RELATIONSHIP FOR MY NOW 3 KIDS. NOT REALLY HAVING A TEAM TO BELONG TO, I CHOSE BRIEFLY TO BE WITH A MOTORCYCLE CLUB.

THE SAME NIGHT I PATCHED IN, I WAS SHOT + PARALYZED. PEOPLE SAY I STARTED IT, BUT I DON'T GO LOOKING FOR TROUBLE. I FEEL IT WAS ME BEING SHUT UP FOR THINGS I WITNESSED OR WAS TOLD TO DO. I LAID IN A HOSPITOL BED FOR A YEAR AND A HALF, GOT OUT FOR 3 MONTHS, BEFOR RETURNING FOR ANOTHER 8 MONTHS. I NOW THOUGHT I'D NEVER FIND ANOTHER TEAM UNTIL I WAS INTRODUCED TO WHEELCHAIR FOOTBALL. I TRIED OUT + MADE THE TEAM AS STARTING TIGHT END + DEFENSIVE END. BEFORE

WE STARTED MY FIRST GAME, THE BUFFALO BILLS SANCTIONED OUR TEAM AS ONE OF 12 PRO WHEEL-CHAIR TEAMS.

IVE ALWAYS LOOKED FOR A TEAM TO BE A PART OF. MY TEAM NOW IS TEAMMATES WITH GOD, MY 3 AMAZINGLY TALENTED KIDS, MY MOM, SISTER AND NIECE. I KNOW THAT WITH MY TEAM I CAN ACHIEVE ANYTHING I'M CHALLENGED WITH + WITH GOD ON MY SIDE, I CAN NOT FAIL. MARCH 23RD 2023 I WAS PICKED UP BY THE FBI TURNING MY LIFE UPSIDE DOWN AGAIN. I HAVE SINCE BEEN HOUSED AN NORTH EAST OHIO CORRECTIONS CENTER, TAKING CERTIFICATE COURSES AND HAVE OVER 30 CERTIFICATES. I KNOW I HAVE SOME TIME TO DO, AND I WILL ACHIEVE GETTING HOME TO MY TEAM + SUPPORT SYSTEM. NO TIME CAN FILL THE TIME I HAVN'T BEEN THERE FOR MY KIDS. HOWEVER I WON'T LEAVE THEM AGAIN. I WON'T FAIL THEM ANYMORE.

THANK YOU FOR YOUR TIME.

RESPECTFULLY

[signature] (SGT USMC RET)