Hon. Elizabeth Wolford
Chief Judge
United States District Court
Western District of New York

Re: Anthony Neubauer Sentencing

Judge Wolford:

My name is Jane Vandevender. I am Anthony Neubauer's mother. I wanted to write to share some information about my son before his sentencing. Thank you for taking the time to read my letter.

Tony had a difficult childhood and a difficult life. I blame myself for a lot of the difficulties he had to deal with as a result.

Tony's biological father, Clayton Neubauer, and I never married. Tony did not have a meaningful relationship with Clayton. Clayton was an alcoholic. He was abusive to me and to Tony. He hit me, and he threatened to hit Tony. When Tony was a baby, his father and I tried to make the relationship work. The relationship disintegrated. The only contact Tony had with his biological father in his pre-school and early school years were supervised visits attended by police because of orders of protection.

As Tony grew up the relationship did not improve. Clayton did not see Tony again until he was about 9 or 10 years old. Clayton tried to take him on a cross-country trip, but it went bad. Tony felt that his father did not care about him and did not really want to be around him. That was probably true. His father never showed a genuine interest in Tony, and he did not help Tony emotionally or financially. He only showed an interest in Tony when he was dating a woman who thought he ought to have a relationship with his son.

Tony did have a father figure in his life when I was engaged to another man, Kevin Cobb. Kevin came into Tony's life when Tony was school aged. They hit it off. Kevin showed Tony how to ride a dirt bike and how to do things outside. They were buddies. It was a great relationship. Unfortunately, when Tony was 12 or 13 years old Kevin died suddenly in front of Tony in our house. Tony tried desperately to perform CPR, and then he ran to the neighbors' houses to try to get help. It was an awful experience. It broke Tony. He was never the same after that. In his teenage years he often told me he was mad at God for taking Kevin away from him.

I also was not the same after Kevin died. I turned to alcohol and I was neglectful of my kids. I didn't really parent Tony in his teenage years. I did not know how he was doing in school or what he was doing in life. He was directionless, and I did nothing to stop it.

Around that time Matt Rudy came into Tony's life. Matt was dating Tony's cousin, who was living with us. Matt was about ten years older than Tony, and he became a big brother

figure. Matt introduced Tony to alcohol and tobacco. He would take Tony into the woods and show him how to kill animals. Matt had him out at all hours of the night. Tony looked up to Matt with deep loyalty. It was no surprise that Tony did not do well in school at this time. His grades were poor, and he always got into fights.

Around age 17 Tony got it in his head that he wanted to join the military. He said he felt that he had been wasting his time and doing things that would not make Kevin happy. He told me he wanted to be a soldier because he thought it was something that Kevin would be proud of. I thought it was good for Tony, too, so I allowed him to enlist in the Marine Corps when he was only 17 years old. Tony wanted to save the world and protect the country, and I felt he had finally found his calling. From all the medals Tony earned it is clear he was an excellent soldier.

When Tony was deployed with the Marines he suffered a head injury as a result of a roadside bomb. When he came home from deployment, the change in him was immediately apparent. He was darker, more emotional, and he didn't think clearly. If he was home on leave he was always drinking or using drugs. It should have been more apparent to us that he needed help. He didn't get any. After the Marines he enlisted in the Army when he learned he was going to be a father. He didn't know what else he could do to earn a living. The military was the only place that seemed to feel right for him.

In the Army Tony experienced more head trauma. After the Army Tony had full medical disability because of his head injuries. He didn't have to work to earn a living, but he also had too much time to get into drugs and alcohol. On reflection, its pretty clear he was dealing with PTSD and the effects of his time as a soldier. I wish he would have gotten treatment. He never did. Instead his addiction spiraled out of control. In my view, that is what led to all of this.

Despite all of his issues, Tony is a good father and a good person. He has done all that he can to be there for his kids. He always comes through for his family. His children miss him dearly, especially his son, Palmer.

I know that Tony broke the law. I know from speaking with him that he is deeply sorry for what he did. But I hope you understand, Your Honor, that there is a lot more to him than what happened in this case. He is a good person. He fought hard for our country. He is loyal to his family and to his kids. His family needs him. I ask you to please take all of this into account when you are deciding a fair sentence.

Thank you for your time and attention.

Respectfully,

Jane Vandevender