Gmail

Eric Soehnlein <eric@soehnleinlaw.com>

## Letter for Tony draft

1 message

**Amanda** <amandafrankson@gmail.com> Wed, May 7, 2025 at 12:12 PM
To: Eric@soehnleinlaw.com

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Dear, Hon. Elizabeth A. Wolford
I would first like to start out by introducing myself. My name is Amanda Frankson and I am the sister of Anthony (Tony) c. Neubauer. I would like to thank you first for taking on Tony's case and taking your time to travel to Buffalo. Also for taking your time to read my letter. Although I could go on for days about my brother. I will keep this to a minimum. As you may know, Tony is the United States veteran from the army and the Marines. He has done five tours overseas and that was hard on the whole family. I would write to Tony every chance I had which was the lot. Considering I was still in high school the first couple of years he was enlisted. Tony always made sure he wrote me back as much and as often as he could he knew how hard it was for me not having him around and worrying about him daily. Soon Skype became available and me and him would video chat so I could see my brother! Despite being it warm and having so much on his plate, he made sure he would check in with his little sis. Upon returning home he was shot and became paraplegic while in a coma. Tony would mostly respond to me so I spent the first couple of days in the room with him talking and telling him stories and listening to our favorite songs. Begging him to wake up and he did! He's honestly the strongest person I know after receiving the news he would never walk again. Tony did the unimaginable and he walked! My brother can do amazing things and I believe given the chance he could get the rehabilitation he needs and will be able to walk and make a positive impact on the world. Although he has made mistakes, I don't let that be what I think about when I think of Tony. I think about all the good that he has done and how lucky I am because not only is he my best friend and my hero but I get to say that's my brother.

Sincerely,
Amanda Emma Jo Frankson