Gmail

**Eric Soehnlein <eric@soehnleinlaw.com>**

# Tony Neubauer

1 message

**Diana Rounds** <luvpomes@yahoo.com>
To: eric@soehnleinlaw.com

Thu, Jun 12, 2025 at 11:40 AM

Hi my name is Diana Rounds.I would have written sooner but I lost my husband and great friend to Tony.I have know Tony since 2016 and he has been a great friend to me and my husband.We would do dinner and play pool together a lot .When he got shot a lot of people didn't stick by him but we did because my husband and I think of him as family.well sadly he had to morn his friend by his self.But I will be here when he comes home.Tony is the type of person that would give you the shirt off his back if someone needed it.I hope that this letter helps Tony to be able to come home.If you need anything more please feel free to write me back and I will help any way I can. Thank you for reading this letter.

Diana Rounds

Sent from Yahoo Mail for iPad