Gmail

Eric Soehnlein <eric@soehnleinlaw.com>

---

## Anthony Neubauer

1 message

---

**gladys Fuentes-Rivera** <gladysfnts1982@gmail.com> Fri, Sep 12, 2025 at 6:33 AM
To: "eric@soehnleinlaw.com" <eric@soehnleinlaw.com>

To who it may concern im writing this letter on be half of the man I know I met tony over 8 years ago I was engaged to his cousin until recently but over the years that I've known tony hes always been an amazing father a good man and an amazing person to the people around him he give the shirt off his back if someone needed hes funny kind and still somehow managed to be the same kind man even after expecting horrors like be shot after fighting for our country which still being paralyzed didn't make him a cold bitter man by some miracle everyone makes mistakes in life a man who served his country and still by some miracle kept his humanity and humbleness around him even after half the things hes saw done and experience hopefully also deserves some kind of leniency i hope who ever is reading this has some kind of compassion for him I appreciate you taking the time to read this email

Gladys Fuentes